

FILED

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0343

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0343

ROBERT DANNELS,

Plaintiff and Appellee,

v.

BNSF RAILWAY COMPANY,

Defendant and Appellant.

ORDER

FILED

MAR 0 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for the parties in the captioned matter have filed a Joint Motion to Reschedule Oral Argument, which is set for March 25, 2020.

IT IS HEREBY ORDERED that the motion to reschedule the oral argument is GRANTED.

IT IS FURTHER ORDERED that oral argument will be heard on Wednesday, June 10, 2020, at 9:30 a.m. in the courtroom of the Montana Supreme Court, Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Petitioner and thirty (30) minutes for the Respondent.

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Katherine M. Bidegaray, District Judge.

DATED this 4ᵗʰ day of March, 2020.

For the Court,

By _____
Chief Justice